# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RUEL HAUGHTON,
Individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

MARADA INDUSTRIES, INC.,
d/b/a COSMA BODY ASSEMBLY
MICHIGAN, a Michigan corporation,

    Defendant.
_____/

Case No: 23-cv-11160

Hon. Jonathan J.C. Grey

Mag. Judge Kimberly G. Altman

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without attorneys' fees or costs.

    **SO ORDERED.**

**s/ Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

Dated: December 22, 2025

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| /s/ Kevin J. Stoops (w/consent)<br>Jesse L. Young (P72614)<br>SOMMERS SCHWARTZ, P.C.<br>141 E. Michigan Avenue, Suite 600<br>Kalamazoo, Michigan 49007<br>(269) 250-7500<br>jyoung@sommerspc.com<br><br>Kevin J. Stoops (P64371)<br>SOMMERS SCHWARTZ, P.C.<br>One Town Square, 17th Floor<br>Southfield, Michigan 48076<br>(248) 355-0300<br>kstoops@sommerspc.com<br><br>Jonathan Melmed (CA SBN 290218)<br>Laura Supanich (P85849)<br>(CA SBN 314805)<br>MELMED LAW GROUP, P.C.<br>1801 Century Park East, Suite 850<br>Los Angeles, CA 90067<br>(310) 824-3828<br><br>Attorneys for Plaintiff | /s/ Allan S. Rubin<br>Allan S. Rubin (P44420)<br>Jennell K. Shannon (MN Bar No. 0398672) (admitted to practice in E.D. Mich.)<br>JACKSON LEWIS P.C.<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>allan.rubin@jacksonlewis.com<br>jennell.shannon@jacksonlewis.com<br><br>Attorneys for Defendant |

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 22, 2025.

                              s/ S. Osorio
                              Sandra Osorio
                              Case Manager